[Civil No. 412.]

## THE FLORENCE CANAL COMPANY, Appellant, v. THOMAS DAVIS, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Kibbey & Israel, W. H. Barnes, and W. R. Stone, for Appellant.

H. B. Summers, Francis J. Heney, and William Herring, for Appellee.

January 29, 1894. Affirmed.

---

[Civil No. 377.]

## SANTIAGO AINSA, Administratrix with the Will Annexed of Frank Ely, Deceased, Appellant, v. THE NEW MEXICO AND ARIZONA RAILROAD COMPANY, et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. R. E. Sloan, Judge.

Rochester Ford, and Selim M. Franklin, for Appellant.

William Herring, William Barnes, W. M. Lovell, and Maxwell & Satterwhite, for Appellees.

HAWKINS, J.—The facts in this case are the same as in No. 376, *ante*, p. 236, the complaint joining the same corporation with various settlers as defendants. The cause was tried, which developed such facts, and the court dismissed the bill of complaint on the ground of a want of jurisdiction to settle the title to an unconfirmed Mexican land grant, and, we think, properly. *Ainsa v. New Mexico etc. R. R. Co.* (No. 376), *ante*, p. 236, 36 Pac. 213. Judgment affirmed.

Baker, C. J., and Rouse, J., concur.

Filed January 29, 1894.

Reversed, 175 U. S. 76; 44 Law Ed. 78.